# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORTHRIDGE VILLAGE, LP and HASTINGS INVESTMENT CO, INC.,** | : | CIVIL ACTION |
| **Plaintiffs,** | : | |
| v. | : | No. 15-1947 |
| **TRAVELERS INDEMNITY CO. OF CONNECTICUT and TRAVELERS CORP.,** | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 31st day of August, 2017, upon consideration of "Plaintiffs' Motion for Summary Judgment on Liability" (Doc. No. 36) and "Defendant's Motion for Summary Judgment" (Doc. No. 37), and the responses and reply thereto, it is hereby **ORDERED** that:

– "Plaintiffs' Motion for Summary Judgment on Liability" (Doc. No. 36) is **DENIED**.

– "Defendant's Motion for Summary Judgment" (Doc. No. 37) is **GRANTED**.

– The breach of contract claim is **DISMISSED** with prejudice.

– The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

Mitchell S. Goldberg, J.